IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 OCT 26  A 8: 40

| | |
|---|---|
| NATHANIEL WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FOLEY PIPE PRODUCTION COMP., | ) |
| BOB SAPONE AND STEVE VICK, | ) |
| | ) |
| Defendants. | ) |

CIVIL ACTION NO.
2:07CV963- WKW

## DEFENDANTS' NOTICE OF REMOVAL

COME NOW Defendants Foley Products Company, incorrectly named as "Foley Pipe Production Comp.," Steve Vick and Bob Sapone (hereinafter "Defendants"), pursuant to 28 U.S.C. §§ 1331, 1343, 1441, 1443 and 1446, and give notice of the removal of this civil action from the Circuit Court of Montgomery County, Alabama, to the United States District Court for the Middle District of Alabama, Northern Division. In support of the removal of this action, Defendants show as follows:

1.     This Notice of Removal is timely because it has been filed within 30 days of the service of the Summons and Complaint upon Defendants. 28 U.S.C. § 1446(b). Plaintiff commenced this action in an Alabama state court on June 19, 2007, by filing of the Complaint in the Circuit Court of Montgomery County, Alabama. *See* Complaint at 1 (reflecting Circuit Clerk's stamp showing June 19,

2007, as the date of filing). Defendants were each served with the Summons and Complaint by process server on October 8, 2007. See **Exhibit 1**, the service returns on each of the Defendants, reflecting October 8, 2007 as the date of service as to each of the Defendants.

2.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Specifically, Plaintiff's Complaint consists of civil rights claims "arising under the Constitution, laws, or treaties of the United States, namely Title VII of the Civil Act of 1964 [42 U.S.C. § 2000e], 42 U.S.C. § 1981, 42 U.S.C. § 1985 and the 14th Amendment of the United States Constitution. *See* Complaint at 13, 15, 19 and 22.

3.     Venue is proper in this judicial district and division because Defendants have removed this action "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a); 28 U.S.C. § 81(b)(1) ("The Northern Division [of the Middle District of Alabama] comprises the counties of Coosa, Covington, Crenshaw, Elmore, Lowndes, Montgomery and Pike.").

4.     **Exhibit 2** is a certified copy of all process, pleadings and orders served upon Defendants in the State Court action, which Defendants submit to the Court in accordance with 28 U.S.C. § 1446(a).

5.    A copy of the "Notice of Filing of Notice of Removal with United States District Court" that Defendants are contemporaneously filing with the Circuit Court of Montgomery County, Alabama, is attached hereto as **Exhibit 3**.

WHEREFORE, Defendants Foley Products Company, Steve Vick and Bob Sapone give notice of the removal of this action from the Circuit Court of Montgomery County, Alabama, to this Court.

STEVEN M. STASTNY
ASB-7803-S71S

SUSAN W. BULLOCK
ASB-2035-U81S

Counsel for Defendants

**OF COUNSEL:**
FORD & HARRISON LLP
2100 3rd Ave. N., Ste. 400
Birmingham, AL 35203
Tel. (205) 244-5900
Fax (205) 244-5901

## CERTIFICATE OF SERVICE

I hereby certify that I have this 26th day of October, 2007 served a copy of the foregoing document, Defendants' Notice of Filing of Notice of Removal with United States District Court, upon the all counsel of record indicated below by mailing a copy of same via first-class United States Mail, postage prepaid and addressed as follows:

Norman Hurst, Jr., Esq.
462A Sayre Street
Montgomery, Alabama 36104

OF COUNSEL

Birmingham:18298.1

WAS

**EXHIBIT 1**

| State of Alabama Unified Judicial System  Form C-34    Rev 6/88 | **SUMMONS -CIVIL-** | Case Number  CV 07-984 |
|---|---|---|

IN THE _CIRCUIT_ COURT OF _MONTGOMERY_ COUNTY

Plaintiff _NATHANIEL WILLIAMS_. Defendant _FOLEY PIPE_
_PRODUCTION COMPANY_

NOTICE TO _1091 SCOTT DRIVE, CLANTON, AL 35045_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADDMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _NORMAN HURST_ WHOSE ADDRESS IS _462 SAYRE STREET, MONTGOMERY, AL 36104_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure. _Melissa Bittenour_

Date _8/27/07_ _____    By: _____

Clerk/Register

☐ Certified Mail is hereby requested.    _____

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ (Date)

☒ I certify that I personally delivered a copy of the Summons and Complaint to _Julia_
_Thomas_ in _Chilton_ _____ County,
Alabama on _October 8 2007_
(Date)

_October 8 2007_
Date

_500 2nd Ave N. Clanton_
Address of Server

_Frank Pain C-31_
Server's Signature

_____
Type of Process Server

_FILED 2007 OCT 19 PM 4:57 CIRCUIT COURT OF MONTGOMERY COUNTY_

WAS

N/c 10-05-07 E-15

| State of Alabama<br>Unified Judicial System<br><br>Form C-34     Rev 6/88 | SUMMONS<br>-CIVIL- | Case Number<br><br>CV-07-984 |
|---|---|---|

IN THE _CIRCUIT_ COURT OF _MONTGOMERY_ COUNTY

Plaintiff _NATHANIEL WILLIAMS_ v. Defendant _BOB SADONE_

NOTICE TO _1091 SCOTT DRIVE, CLANTON, AL 35045_

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _NORMAN HURST_ WHOSE ADDRESS IS _462 SAYRE STREET, MONTGOMERY, AL 36104_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED** by the Alabama Rules of Civil Procedure:

☐   You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐   Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date _8/27/07_ _Melissa Bittenour_                    By: _RW_

                         Clerk/Register

☐   Certified Mail is hereby requested.

                         Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐   Return receipt of certified mail received in this office on _____ (Date)

☒   I certify that I personally delivered a copy of the Summons and Complaint to _Julia_ _Thomas_ in _Chilton_ County, Alabama on _October 8 2007_ (Date)

_October 8 2007_
Date
_500 2nd Aven Clanton_
Address of Server

_Frank Davis C31_
Server's Signature

                         Type of Process Server

WAS

| State of Alabama<br>Unified Judicial System<br><br>Form C-34     Rev 6/88 | **SUMMONS**<br>**-CIVIL-** | Case Number<br><br>CV-07-984 |
|---|---|---|

IN THE **CIRCUIT** COURT OF **MONTGOMERY** COUNTY

Plaintiff **NATHANIEL WILLIAMS** v. Defendant **STEVE VICK**
D3

NOTICE TO **1091 SCOTT DRIVE, CLANTON, AL 35045**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADDMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **NORMAN HURST** WHOSE ADDRESS IS **462 SAYRE STREET, MONTGOMERY, AL 36104**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date **8/27/07**      _Melissa Pittenau_      By: _____
                                Clerk/Register

☐ Certified Mail is hereby requested.      _____
                                Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____
                                                        (Date)

☒ I certify that I personally delivered a copy of the Summons and Complaint to **Julia Thomas** in **Chilton** _____ County, Alabama on **October 8, 2007**
                (Date)

**October 8, 2007**
Date
**500 2nd Ave N Clanton**
Address of Server

_Frank Faris C-31_
Server's Signature

Type of Process Server

**EXHIBIT 2**



**Melissa Rittenour,** Clerk and Register, Circuit Court Montgomery County        Telephone (334) 832-1260

Montgomery County Courthouse, P.O. Box 1667, Montgomery, AL 36102-1667

<u>TO WHOM IT MAY CONCERN:</u>

I, MELISSA RITTENOUR, CLERK OF THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA, DO HEREBY CERTIFY THAT THE
ATTACHED ARE TRUE AND CORRECT COPIES OF DOCUMENTS ON FILE IN
SAID OFFICE IN THE CASE ENTITLED:
CV-07-984
*Nathaniel Williams vs. Foley Pipe Prod.*

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED
THE SEAL OF SAID COURT AT OFFICE IN THE CITY OF MONTGOMERY,
ALABAMA, ON THIS THE _25th_ DAY OF ___Oct___, _2007_.

_____
CLERK, CIRCUIT COURT
MONTGOMERY COUNTY, ALABAMA

| State of Alabama<br>Unified Judicial System<br>Form C-10 (front)    Rev. 8/92 | **AFFIDAVIT of SUBSTANTIAL<br>HARDSHIP and ORDER** | **Case Number**<br>CV-07-984 |
|---|---|---|

IN THE _Circuit_    COURT OF _Montgomery_ COUNTY

☐ STATE OF ALABAMA    ☐ MUNICIPALITY OF _Nathaniel Williams_

v. _Foley Pipe Production Company, et al._ , Defendant

**TYPE OF PROCEEDING:** _____    **CHARGE:** _____

☑ CIVIL CASE- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ CIVIL CASE (such as paternity, support, termination of parental rights, dependency) - I request an attorney be appointed for me.

☐ CRIMINAL CASE--I am financially unable to hire an attorney and request that the Court appoint one for me.

☐ DELINQUENCY/NEED OF SUPERVISION - I am financially unable to hire an attorney and request that the Court appoint one for my child.

**AFFIDAVIT**

**I N C O M E / E M P L O Y M E N T**

A. Do you have a job or work for yourself?    ☑ Yes    ☐ No
Employer's name and address _City of Montgomery (Park + Rec)_
How much money do you take home each week? _Biweek_    + $ _530._

B. If unemployed, give month and year of last employment and amount earned per month _____    $ _____

C. Does your husband or wife have a job?    ☐ Yes    ☑ No
Employer's name and address _____
How much money does he/she take home each week?    + $ _____

D. Do you receive money or benefits from any other source?    ☐ Yes ☐ No
(Example: retirement pay, social security, workmen's compensation, unemployment compensation, food stamps, rent payments, interest, dividends, etc.)
How much do you receive each month?    + $ _1060_

**A S S E T S**

A. Do you have any money in any bank, savings and loan, credit union, or any other place, including cash on hand?    ☐ Yes ☑ No
Where? _____    How much?    + $ _____

B. Do you own anything else of value? (Land, house, boat, television, stereo, jewelry, car, truck, van, stocks, bonds, etc.)    ☐ Yes    ☐ No
What? _Ford Ranger Truck   Television   Stereo_
Total Value    + $ _1300_

**D E P E N D E N T S**

A. Are you:    ☑ Single    ☐ Married    ☐ Widowed    ☐ Divorced    ☐ Separated?

B. Do you have any dependents?    ☑ Yes    ☐ No
Who and what relationship? _Son   Justus Williams_

| Form C-10 (back)    Rev. 8/92 | AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER |
|---|---|

**What does it cost you to live each month?**    − $ _____

|   | Creditor | Total Debt | Monthly Payment |
|---|---|---|---|
| **D** | Loans | $ _____ | $ _____ |
| **E** | Charge Accounts | _____ | _____ |
| **B** | House or rent payments | _____ | 800.00 |
| **T** | Alimony | _____ | _____ |
| **S** | Support | _____ | _____ |
|   | Car payment | _____ | _____ |
|   | Groceries | _____ | 100.00 |
|   | Utilities | _____ | 100.00 |
|   |   | _____ | _____ |
|   |   | _____ | _____ |

In support of this request, I have answered the above questions relating to my ability to pay. I swear that the answers are true and reflect my present financial status. I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

I further understand and acknowledge that if the Court appoints an attorney to represent me, the Court may require me to pay the fees and expenses of my court-appointed counsel and costs of court.

Sworn to and subscribed before me this

_____ day of _____, 19___.

Affiant Signature _Nathaniel Graham_

Home Address _3223 Fairfax Rd_

_____    _Mont__ 36109_

Judge/Notary

Social Security Number _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_

Date of Birth _1-1-50_

## ORDER

**IT IS ORDERED THAT THE FOREGOING REQUEST BE:**

☐ **GRANTED**      ☐ **DENIED**

**IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT THAT** *(Check one or more of the following boxes, as appropriate):*

☐ _____
Attorney at Law, be and is hereby appointed as counsel to represent, assist and defend in this (these) case(s).

☐ the prepayment of the docket fee be waived.

☐ the Court reserves the right and may order reimbursement of attorney's fees, expenses approved by the Court and paid to the appointed counsel, and costs of Court.

DONE this _____ day of _____, 19___.

_____
Judge

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, ALBAMA

NATHANIEL WILLIAMS         *
  Plaintiff,             *
                  *
v.                 *
                  *   Case Number:   CV-07-984
FOLEY PIPE PRODUCTION, COMP.,   *
STEVE VICK, & BOB SAPONE, in their   *
individually, and in official capacity   *
  Defendant.           *

## COMPLAINT

  Plaintiff, Nathaniel Williams files this complaint asserting various causes of actions and for damages pursuant to 28 U.S.C. § 1331 et.seq. In support of this complaint, plaintiff would show the court the following:

### I. PARTIES

1. That Plaintiff, Nathaniel Williams, is a resident of Montgomery, County Alabama and is over the age of 19.

2. That Defendant, Foley Pipe Production Company is a corporation duly organized under the laws of the State of Alabama.

3. That Defendant, Steve Vick, is and employee of Foley Pipe Production Company and is its Operations Manager and is sued in his official and individual capacity.

4. That Defendant, Bob Sapone, is an employee of Foley Pipe Production Company and is employed as the Plant Manager and is sued in his official and individual capacity.

### II. FACTS

5. That the Plaintiff, Nathaniel Williams, a resident of Montgomery, Alabama was employed with

Foley Pipe Production Company (hereinafter Foley) as a forklift operator on or about May 16, 2006.

6. That plaintiff was interviewed by the vice-president of Foley, Chris, white male and Office Manager Gwen Margaritondo, white female and was told at time of hiring he would be a crane operator and future supervisor.

7. That on or about May 22, 2006 the Plaintiff was asked if he would like to be a crane operator by Bob Sapone, white male.

8. That on May 23, 2006 the Plaintiff was told to start working at the Header Cart Station, by Bob Sapone and Craig, white male was given duties as a crane operator.

9. That during the periods of June 8, 2006 until June 15, 2006, the plaintiff learned various duties including but not limited to MBK, and Robot.

10. That on or about June 19, 2006 Patrick, a white male was hired as a crane operator and that on June 26, 2006 James, a white male was hired as a crane operator. Plaintiff was not informed of these positions nor given an opportunity to apply.

11. That on or about June 27, 2006 plaintiff inquired why he had not been promoted as promise to a crane operator. It was at this time Bob Sapone said in an aggressive tone that he would rotate the same when he was ready.

12. That on or about July 17, 2007 plaintiff was fired, no reason was given for termination.

### III. JURISDICTION

13. This Court has jurisdiction of this action pursuant to Title VII, Section 703, 42 U.S.C.§ 1981,1985, 28 U.S.C. § 1331.

### COUNT I

14. That the Plaintiff's repeats, realleges, and incorporates by reference the proceeding paragraphs.

15. That Foley deprived Mr. Williams, a black employee of his 14th Amendment rights which under similar circumstances were accorded to white employees which violated his Title VII Section 703 and 42 U.S.C.A. 1981.

16. Mr. Williams was deprived of his civil rights because of his race in order to discriminate against him in favor of less educated and qualified white employees.

17. Mr. Williams was deprived of such rights by; the promotion of less educated and qualified white employee, white applicants with less experience and education was hired as a crane operator, by not positing positions and according white employees with better treatment in respect to job duties, time off, and disciplinary actions.

## COUNT II

18. That the Plaintiff's repeats, realleges, and incorporates by reference the proceeding paragraphs.

19. That Steve Vick, Bob Sapone, and Chris deprived Mr. Williams, a black employee of his constitutional rights which under similar circumstances were accorded to white employees which violated his 42 U.S.C.A. 1985.

20. Mr. Williams was deprived of his civil rights because of his race in order to discriminate against him in favor of less educated and qualified white employees and Mr. Vick, Sapone, along with Chris conspired with one another to prohibit Mr. Williams from becoming a crane operator and in the terms and conditions of his employment.

21. Mr. Williams was deprived of such rights by; the promotion of less educated and qualified white employee, white applicants with less experience and education was hired as a crane operator, by not positing positions and according white employees with better treatment in respect to job duties, time off, and disciplinary actions.

## COUNT III

22. That the Plaintiff's repeats, realleges, and incorporates by reference the proceeding paragraphs.

15. That Foley deprived Mr. Williams, a black employee of his constituional rights which under similar circumstances were accorded to white employees which violated his Title VII Section 703.

16. Mr. Williams was deprived of his civil rights because of his race in order to discriminate against him in favor of less educated, qualified white employees and was paid a starting salary less than whites during the course of his employment.

17. Mr. Williams was deprived of such rights by; the promotion of less educated and qualified white employee, white applicants with less experience and education was hired as a crane operator, by not positing positions and according white employees with better treatment in respect to job duties, time off, and disciplinary actions.

WHEREFORE, plaintiff respectfully requests that the court grants the Plaintiff damages and any other relief at law or equity

Respectfully submitted this the _19th_ day of _June_ , 2007.

Norman Hurst Jr.  (HUR016)
Attorney for the Plaintiff
462 Sayre Street
Montgomery, Alabama 36104
(334) 269-6449

CV-07-984

| State of Alabama<br>Unified Judicial System<br><br>Form ARCivP-93    Rev. 5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>`C V` ☐☐☐☐☐☐ ☐☐.☐<br>Date of Filing:          Judge Code:<br>☐☐ ☐☐ ☐☐☐☐  ☐☐☐☐<br>Month  Day  Year |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _Montgomery_

_(Name of County)_ , **ALABAMA**

NATHANIEL WILLIAMS        v.  FOLEY PIPE PRODUCTION COMPANY
_____Plaintiff_____              et al
                                  _____Defendant_____

**First Plaintiff**  ☐ Business  ☑ Individual        **First Defendant**  ☑ Business  ☐ Individual
                     ☐ Government ☐ Other                              ☐ Government ☐ Other

**NATURE OF SUIT:**   **Select primary cause of action, by checking box** *(check only one)* **that best characterizes your action:**

**TORTS: PERSONAL INJURY**
☐ WDEA  -  Wrongful Death
☐ TONG  -  Negligence: General
☐ TOMV  -  Negligence: Motor Vehicle
☐ TOWA  -  Wantonness
☐ TOPL  -  Product Liability/AEMLD
☐ TOMM  -  Malpractice-Medical
☐ TOLM  -  Malpractice-Legal
☐ TOOM  -  Malpractice-Other
☐ TBFM  -  Fraud/Bad Faith/Misrepresentation
☐ TOXX  -  Other: _____

**TORTS: PROPERTY INJURY**
☐ TOPE  -  Personal Property
☐ TORE  -  Real Property

**OTHER CIVIL FILINGS**
☐ ABAN  -  Abandoned Automobile
☐ ACCT  -  Account & Nonmortgage
☐ APAA  -  Administrative Agency Appeal
☐ ADPA  -  Administrative Procedure Act
☐ ANPS  -  Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX  -  Birth/Death Certificate Modification/Bond Forfeiture Appeal/
             Enforcement of Agency Subpoena/Petition to Preserve
☑ CVRT  -  Civil Rights
☐ COND  -  Condemnation/Eminent Domain/Right-of-Way
☐ CTMP  -  Contempt of Court
☐ CONT  -  Contract/Ejectment/Writ of Seizure
☐ TOCN  -  Conversion
☐ EQND  -  Equity Non-Damages Actions/Declaratory Judgment/Injunction
             Election Contest/Quiet Title/Sale For Division
☐ CVUD  -  Eviction Appeal/Unlawful Detainer
☐ FORJ  -  Foreign Judgment
☐ FORF  -  Fruits of Crime Forfeiture
☐ MSHC  -  Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB  -  Protection From Abuse
☐ FELA  -  Railroad/Seaman (FELA)
☐ RPRO  -  Real Property
☐ WTEG  -  Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP  -  Workers' Compensation
☐ CVXX  -  Miscellanous Circuit Civil Case

2007 JUN 19 PM 4:56    FILED IN CIRCUIT COURT OF MONTGOMERY COUNTY

**ORIGIN** *(check one):*   F ☑ INITIAL FILING      A ☐ APPEAL FROM              O ☐ OTHER:
                                                    DISTRICT COURT              _____
                          R ☐ REMANDED          T ☐ TRANSFERRED FROM
                                                    OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☐ YES  ☑ NO    Note:  Checking "Yes" does not constitute a demand for a
                                                   jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED      ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
`KNOW6`     _7-19-07_              _____
            Date                   Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES  ☐ NO  ☐ UNDECIDED



IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

WILLIAMS NATHANIEL )
                          Plaintiff )
                                   )
                v. )                 **Case No.:** CV-2007-000984.00
                                   )
FOLEY PIPE PRODUCTION CO )
SAPONE BOB )
VICK STEVE )
                    Defendants )

## <u>ORDER</u>

IT IS HEREBY ORDERED THAT THIS MATTER IS SET FOR A NON JURY TRIAL AT 9:00AM IN COURTROOM 3-C OF THE MONTGOMERY COUNTY COURTHOUSE.
DONE this 22nd day of August, 2007

                            /s WILLIAM A. SHASHY

                            CIRCUIT JUDGE



**AlaFile E-Notice**

03-CV-2007-000984.00

Judge: WILLIAM A. SHASHY

To:  FOLEY PIPE PRODUCTION CO     (PRO SE)
     1091 SCOTT DRIVE
     CLANTON, AL 35045

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### NATHANIEL WILLIAMS VS. FOLEY PIPE PRODUCTION CO, ET AL
### 03-CV-2007-000984.00

The following matter was FILED on 8/22/2007 1:31:02 PM

Notice Date:     8/22/2007 1:31:02 PM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950



**AlaFile E-Notice**

03-CV-2007-000984.00

Judge: WILLIAM A. SHASHY

To:  SAPONE BOB          (PRO SE)
     1091 SCOTT DRIVE
     CLANTON, AL 35045

---

# NOTICE OF ELECTRONIC FILING

---

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### NATHANIEL WILLIAMS VS. FOLEY PIPE PRODUCTION CO, ET AL
### 03-CV-2007-000984.00

The following matter was FILED on 8/22/2007 1:31:02 PM

Notice Date:     8/22/2007 1:31:02 PM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950



**AlaFile E-Notice**

03-CV-2007-000984.00

Judge: WILLIAM A. SHASHY

To:  VICK STEVE          (PRO SE)
     1091 SCOTT DRIVE
     CLANTON, AL 35045

---

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### NATHANIEL WILLIAMS VS. FOLEY PIPE PRODUCTION CO, ET AL
### 03-CV-2007-000984.00

The following matter was FILED on 8/22/2007 1:31:02 PM

Notice Date:     8/22/2007 1:31:02 PM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950



**AlaFile E-Notice**

03-CV-2007-000984.00

Judge: WILLIAM A. SHASHY

To: HURST NORMAN JR
    462 A SAYRE ST
    MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### NATHANIEL WILLIAMS VS. FOLEY PIPE PRODUCTION CO, ET AL
### 03-CV-2007-000984.00

The following matter was FILED on 8/22/2007 1:31:02 PM

Notice Date:     8/22/2007 1:31:02 PM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950



# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

WILLIAMS NATHANIEL )
             Plaintiff )
)
        v. )     **Case No.:** CV-2007-000984.00
)
FOLEY PIPE PRODUCTION CO )
SAPONE BOB )
VICK STEVE )
         Defendants )

## <u>ORDER</u>

IT IS HEREBY ORDERED THAT THIS MATTER BE SET FOR A NON JURY TRIAL ON DECEMBER 3, 2008 AT 9:00AM IN COURTROOM 3-C OF THE MONTGOMERY COUNTY COURTHOUSE.
DONE this 27th day of August, 2007

/s WILLIAM A. SHASHY
_____

CIRCUIT JUDGE



**AlaFile E-Notice**

03-CV-2007-000984.00
Judge: WILLIAM A. SHASHY

ЯАः

To:  FOLEY PIPE PRODUCTION CO    (PRO SE)
1091 SCOTT DRIVE
CLANTON, AL 35045

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**

**NATHANIEL WILLIAMS VS. FOLEY PIPE PRODUCTION CO, ET AL**
**03-CV-2007-000984.00**

The following matter was FILED on 8/27/2007 4:01:59 PM

Notice Date:      8/27/2007 4:01:59 PM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950



**AlaFile E-Notice**

03-CV-2007-000984.00

Judge: WILLIAM A. SHASHY

To: SAPONE BOB          (PRO SE)
    1091 SCOTT DRIVE
    CLANTON, AL 35045

---

# NOTICE OF ELECTRONIC FILING

---

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**

**NATHANIEL WILLIAMS VS. FOLEY PIPE PRODUCTION CO, ET AL**
**03-CV-2007-000984.00**

The following matter was FILED on 8/27/2007 4:01:59 PM

Notice Date:     8/27/2007 4:01:59 PM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950



**AlaFile E-Notice**

**03-CV-2007-000984.00**

Judge: WILLIAM A. SHASHY

To:  VICK STEVE          (PRO SE)
     1091 SCOTT DRIVE
     CLANTON, AL 35045

---

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**

**NATHANIEL WILLIAMS VS. FOLEY PIPE PRODUCTION CO, ET AL**
**03-CV-2007-000984.00**

The following matter was FILED on 8/27/2007 4:01:59 PM

Notice Date:      8/27/2007 4:01:59 PM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950



**AlaFile E-Notice**

AW A

**03-CV-2007-000984.00**

Judge: WILLIAM A SHASHY

To:  HURST NORMAN JR
462 A SAYRE ST
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### NATHANIEL WILLIAMS VS. FOLEY PIPE PRODUCTION CO, ET AL
### 03-CV-2007-000984.00

The following matter was FILED on 8/27/2007 4:01:59 PM

Notice Date:      8/27/2007 4:01:59 PM

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950



**AlaFile E-Notice**

03-CV-2007-000984.00

Judge: WILLIAM A. SHASHY

To:  HURST NORMAN JR
     462 A SAYRE ST
     MONTGOMERY, AL 36104

# NOTICE OF SERVICE

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### NATHANIEL WILLIAMS VS. FOLEY PIPE PRODUCTION CO, ET AL
### 03-CV-2007-000984.00

The following matter was served on 10/8/2007

**D001 FOLEY PIPE PRODUCTION CO**
**AUTHORIZED SERVICE**

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950



**AlaFile E-Notice**

03-CV-2007-000984.00

Judge: WILLIAM A. SHASHY

To:  HURST NORMAN JR
     462 A SAYRE ST
     MONTGOMERY, AL 36104

---

# NOTICE OF SERVICE

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### NATHANIEL WILLIAMS VS. FOLEY PIPE PRODUCTION CO, ET AL
### 03-CV-2007-000984.00

The following matter was served on 9/5/2007

**D002 SAPONE BOB**

**AUTHORIZED SERVICE**

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950



**AlaFile E-Notice**

03-CV-2007-000984.00

Judge: WILLIAM A. SHASHY

To:  HURST NORMAN JR
     462 A SAYRE ST
     MONTGOMERY, AL 36104

---

# NOTICE OF SERVICE

---

### IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

### NATHANIEL WILLIAMS VS. FOLEY PIPE PRODUCTION CO, ET AL
### 03-CV-2007-000984.00

The following matter was served on 10/8/2007

**D003 VICK STEVE**

**AUTHORIZED SERVICE**

**MELISSA RITTENOUR**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36102

334-832-4950

WAS

N/C 10-05-07 E-15

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | **SUMMONS<br>-CIVIL-** | Case Number<br><br>CV-07-984 |
|---|---|---|

IN THE **CIRCUIT** COURT OF **MONTGOMERY** COUNTY

Plaintiff **NATHANIEL WILLIAMS** v. Defendant **BOB SADONE**
D2

NOTICE TO **1091 SCOTT DRIVE, CLANTON, AL 35045**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **NORMAN HURST** WHOSE ADDRESS IS **462 SAYRE STREET, MONTGOMERY, AL 36104**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

*FILED CIRCUIT COURT OF MONTGOMERY COUNTY*
*JUN ... 4:57*

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

[ ] You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

[ ] Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure. *Melissa Pittman*

Date **8/21/07** _____

Clerk/Register                                By: _____

*1 2 3 4 5 6 7 8 9 10 11 2*
EC

[ ] Certified Mail is hereby requested.

Plaintiff's/Attorney's Signature

*SEP ...*
*RECD*
*SHERIFF*
*CHILTON CO.*
*ALABAMA*
*20 21 22 23 24 25*

**RETURN ON SERVICE:**

[ ] Return receipt of certified mail received in this office on _____ (Date)

[X] I certify that I personally delivered a copy of the Summons and Complaint to **Julia**
**Thomas** in **Chilton** County,
Alabama on **October 8 2007** _____
(Date)

**October 8 2007** _____
Date

**500 2nd Aven Clanton** _____
Address of Server

*Frank Davis C31*
Server's Signature

_____
Type of Process Server

WAS

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev 6/88 | **SUMMONS**<br>**-CIVIL-** | Case Number<br><br>CV-07-984 |
|---|---|---|

IN THE **CIRCUIT** COURT OF **MONTGOMERY** COUNTY

Plaintiff **NATHANIEL WILLIAMS** v. Defendant **STEVE VICK**
D3

NOTICE TO **1091 SCOTT DRIVE, CLANTON, AL 35045**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADDMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY **NORMAN HURST** WHOSE ADDRESS IS **462 SAYRE STREET, MONTGOMERY, AL 36104**

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:**

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of _____ pursuant to the Alabama Rules of Civil Procedure.

Date **8/27/07**

_Melissa Pittman_
Clerk/Register    By: _____

☐ Certified Mail is hereby requested.    _____
Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____ (Date)

☒ I certify that I personally delivered a copy of the Summons and Complaint to **Julia Thomas** in **Chilton** County, Alabama on **October 8, 2007**
(Date)

**October 8, 2007**
Date
**500 2nd Ave N Clanton**
Address of Server

_Frank Tawis C-31_
Server's Signature

_____
Type of Process Server

(right margin, rotated) CIRCUIT COURT MONTGOMERY COUNTY 2007 JUN 19 PM 4:51

**EXHIBIT 3**

# IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

NATHANIEL WILLIAMS, 

|                                    |   |
| ---------------------------------- | - |
| Plaintiff,                         | ) |
|                                    | ) |
| v.                                 | ) |
|                                    | ) |
| FOLEY PIPE PRODUCTION COMP.,       | ) |
| BOB SAPONE AND STEVE VICK,         | ) |
|                                    | ) |
| Defendants.                        | ) |

**CIVIL ACTION NO.
CV-2007-000984.00**

## DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL
## WITH UNITED STATES DISTRICT COURT

TO:   Melissa Rittenour, Clerk
      Circuit Court of Montgomery County, Alabama
      251 South Lawrence Street
      Montgomery, Alabama 36104

Please take notice that on October 26, 2007, Defendants Foley Products Company, incorrectly named as "Foley Pipe Production Comp.," Steve Vick and Bob Sapone, filed a Notice of Removal of this action with the United States District Court for the Middle District of Alabama, Northern Division. A copy of the Notice of Removal is attached to this notice. You are hereby further notified that a copy of Defendants' Notice of Removal has been delivered to counsel for Plaintiff via First Class United States mail, postage prepaid, addressed to Norman Hurst, Jr., Esq., 462A Sayre Street, Montgomery, Alabama 36104.

STEVEN M. STASTNY
ASB-7803-S71S

SUSAN W. BULLOCK
ASB-2035-U81S

Counsel for Defendants

**OF COUNSEL:**
FORD & HARRISON LLP
2100 3rd Ave. N., Ste. 400
Birmingham, AL 35203
Tel. (205) 244-5900
Fax (205) 244-5901

## CERTIFICATE OF SERVICE

I hereby certify that I have this 26th day of October, 2007 served a copy of the foregoing document, Defendants' Notice of Filing of Notice of Removal with United States District Court, upon the all counsel of record indicated below by mailing a copy of same via first-class United States Mail, postage prepaid and addressed as follows:

Norman Hurst, Jr., Esq.
462A Sayre Street
Montgomery, Alabama 36104

OF COUNSEL

Birmingham:18300.1

2

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000962
Cashier ID: cstrecke
Transaction Date: 10/26/2007
Payer Name: FORD AND HARRISON LLP
-----------------------------------
CIVIL FILING FEE
 For: FORD AND HARRISON LLP
 Case/Party: D-ALM-2-07-CV-000963-001
 Amount:         $350.00
-----------------------------------
CHECK
 Remitter: FORD AND HARRISON LLP
 Check/Money Order Num: 1439
 Amt Tendered:  $350.00
-----------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00
```

DALM207CV000963-WKW

WILLIAMS V FOLEY PIPE ET AL

FORD AND HARRISON LLP

505 20TH STREET NORTH STE 1201

BIRMINGHAM, AL  35203