IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **NATHANIEL WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | **2:07-cv-00963-WKW-TFM** |
| **FOLEY PIPE PRODUCTION COMP.,** | ) | |
| **BOB SAPONE AND STEVE VICK,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendant Foley Products Company and, pursuant to Fed. R. Civ. P. 7.1 and this Court's General Order No. 00-3047, states that The Concrete Company wholly owns Foley Products Company. Foley Products Company states that neither it, nor The Concrete Company, is a publicly traded corporation.

Respectfully submitted,

**s/ Steven M. Stastny**
STEVEN M. STASTNY (ASB-7803-S71S)
E-mail: sstastny@fordharrison.com
**s/ Susan W. Bullock**
SUSAN W. BULLOCK (ASB-2035-U81S)
E-mail: sbullock@fordharrison.com
FORD & HARRISON LLP
2100 3rd Avenue North, Suite 400
Birmingham, AL 35203
Telephone: 205-244-5900
Facsimile: 205-244-5901

Counsel for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Norman Hurst, Jr., Esq.
>462A Sayre Street
>Montgomery, AL 36104
>E-mail:  jrhrst@aol.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  N/A

>**s/Steven M. Stastny**
>OF COUNSEL

Birmingham:18707.1