IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-963-WKW |
| | ) |
| FOLEY PIPE PRODUCTION COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of the plaintiff's Motion for Enlargement of Time (Doc. # 8), it is ORDERED that the motion is GRANTED. The deadline for the plaintiff's response to the motion to dismiss is extended from November 26, 2007 to **December 11, 2007**. The deadline for the defendants' reply is extended from December 10, 2007 to **December 21, 2007**.

DONE this the 21st day of November, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE