IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL WILLIAMS,      )<br>                                              )<br>  Plaintiff,                          )<br>                                              )<br>v.                                         )<br>                                              )<br>FOLEY PIPE PRODUCTION COMP., )<br>BOB SAPONE AND STEVE VICK,  )<br>                                              )<br>  Defendants.                      ) | CIVIL ACTION NO.<br>2:07-cv-00963-WKW-TFM |

## DISCLOSURE STATEMENT OF DEFENDANT STEVE VICK

COMES NOW Defendant Steve Vick ("Vick") and, pursuant to Fed. R. Civ. P. 7.1 and this Court's General Order No. 00-3047, states that he is an individual and an employee of Defendant Foley Products Company. Vick certifies that there are no reportable relationships with respect to him within the purvey of the above-cited Order and Rule.

Respectfully submitted,

s/ Steven M. Stastny
STEVEN M. STASTNY (ASB-7803-S71S)
E-mail: sstastny@fordharrison.com

s/ Susan W. Bullock
SUSAN W. BULLOCK (ASB-2035-U81S)
E-mail: sbullock@fordharrison.com

1

>FORD & HARRISON LLP
>2100 3rd Avenue North, Suite 400
>Birmingham, AL 35203
>Telephone: 205-244-5900
>Facsimile: 205-244-5901
>
>Counsel for Defendant Vick

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Norman Hurst, Jr., Esq.
>462A Sayre Street
>Montgomery, AL 36104
>E-mail: jrhrst@aol.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

>Norman Hurst, Jr., Esq.
>462A Sayre Street
>Montgomery, AL 36104

>s/Steven M. Stastny
>OF COUNSEL

Birmingham:19054.1