IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

RECEIVED
2007 DEC 10 P 3:30
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

NATHANIEL WILLIAMS, *
   Plaintiff, *
    *
v.    Case Number: 2:07-cv-00963-WKW-TFM
    *
FOLEY PIPE PRODUCTION CORP., *
BOB SAPONE AND STEVE VICK, *
   Defendants. *
    *

## PLAINTIFF'S VOLUNTARILY DISMISSAL OF DEFENDANT'S SAPONE AND VICK

COMES NOW, the Plaintiff, by and through his attorney of record and voluntarily dismisses the Defendants, Bob Sapone and Steve Vick and at this time the same has no opposition to the Defendant's Motion to Dismiss the same, only to the extent that the Plaintiff, requests that the order for dismissal be without prejudice.

Done this the 10th day of December, 2007.

_____
Norman Hurst (HUR016)
617 Martha Street
Montgomery, Alabama 36104
(334)269-6449

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing motion was served electronically using the CM/ECF on the following by mailing copies of same by United States First Class Mail in a properly addressed envelope with adequate postage affixed thereon to assure delivery, addressed as follows:

Honorable Steven M. Stastny
2100 Third Avene North, Suite 400
Birmingham, Alabama 352

_____
Norman Hurst Jr.