IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-963-WKW |
| | ) |
| FOLEY PIPE PRODUCTION CORP., et al., | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

Upon consideration of the plaintiff's Voluntary Dismissal of Defendants Sapone and Vick (Doc. # 15), it is ORDERED, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that:

1. This action with respect to Defendants Bob Sapone and Steve Vick is DISMISSED without prejudice;

2. Defendants Bob Sapone and Steve Vick are DISMISSED as parties to this action; and

3. The Motion to Dismiss (Doc. # 5) filed by Defendants Bob Sapone and Steve Vick is DENIED as MOOT.

DONE this 12th day of December, 2007.

                                        /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE