N THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:07-cv-00963-WKW-TFM |
| FOLEY PIPE PRODUCTION CORP.,) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

## REPORT OF PARTIES' PLANNING CONFERENCE

1.  **Participants**.  Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on January 7, 2008, for the purpose of conferring and developing a proposed discovery plan:

    a.  Norman Hurst, Jr., Esq. for Plaintiff; and

    b.  Steven M. Stastny, Esq. for Defendant.

2.  **Pre-Discovery Disclosures**.  The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1) by **January 28, 2008**.

3.  **Discovery.**

    The parties jointly propose to the court the following discovery plan:

    All discovery must be commenced in time to be completed by **August 8, 2008**.

**Interrogatories:**

Maximum of **40** interrogatories by each party to any other party. Responses due **30** days after service, as set forth in the Rules.

**Requests for Admission:**

Maximum of **25** requests for admission by each party to any other party. Responses due **30** days after service, as set forth in the Rules.

**Requests for Production of Documents:**

Maximum of **40** Requests for Production by each party. Responses due **30** days after service, as set forth in the Rules.

**Electronically-stored Information:**

To the extent that they have not already done so, the parties agree to take affirmative steps to preserve any electronic documents or data within their custody, possession or control that relates to Plaintiff's employment with Defendant, Plaintiff's claims in this lawsuit, Defendant's defenses, Plaintiff's alleged damages or mitigation of damages and Plaintiff's employment history. The parties agree to produce paper copies of all requested electronic or computerized documents and do not anticipate the need for a computer forensic expert.

**Depositions:**

Maximum of six **(6)** depositions by Plaintiff and six **(6)** depositions by Defendant.

Each deposition is limited to a maximum of seven **(7)** hours unless extended by agreement of parties.

**Reports of retained experts under Rule 26(a)(2) due:**

From Plaintiff:     **April 7, 2008**

From Defendant:   **May 19, 2008**

**Supplementations under Rule 26(e) due:**

Supplementations under Rule 26(e) due upon discovery of need to supplement but in no event later than 30 days before close of discovery.

4.   **Other Items.**

   **Settlement:**

On or before **July 28, 2008**, the parties shall conduct face-to-face settlement negotiations.  If settlement cannot be reached, counsel shall discuss whether mediation will assist the parties in reaching settlement.  Not less than **five (5) days** after this conference, counsel for Plaintiff shall advise the court whether settlement was reached and if mediation is desired**.**

   **Conferences:**

The parties do not request a conference with the court before entry of the scheduling order.

The parties request a pretrial conference on **October 6, 2008**.

**Joinder of Additional Parties and Amendments:**

Plaintiff should be allowed until **March 17, 2008**, to join additional parties and to amend the pleadings.

Defendant should be allowed until **April 18, 2008**, to join additional parties and to amend the pleadings.

**Dispositive Motions:**

All potentially dispositive motions should be filed by **July 7, 2008**.

**Final Lists of witnesses and exhibits:**

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due

    From Plaintiff:    **30** days prior to trial.

    From Defendant:    **30** days prior to trial.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

**Trial:**

The case will be ready for trial for the Court's **November 10, 2008 non-jury term** in Montgomery, and, at this time, is expected to take **2** days.

| | |
|---|---|
| **s/Norman Hurst, Jr.** | **s/Steven M. Stastny** |
| Norman Hurst, Jr., Esq. | Steven M. Stastny, Esq. |
| Counsel for Plaintiff | Susan W. Bullock, Esq. |
| | Counsel for Defendant |
| P. O. Box 5251 | FORD & HARRISON LLP |
| Montgomery, Alabama 36103 | 2100 Third Avenue North, Suite 400 |
| Telephone: (334) 269-6449 | Birmingham, Alabama 35203 |
| Facsimile: (334) 263-0491 | Telephone: (205) 244-5900 |
| E-mail: jrhrst@aol.com | Facsimile: (205) 244-5901 |
| | E-mail: sstastny@fordharrison.com |
| | E-mail: sbullock@fordharrison.com |

Birmingham:19071.1