**EXHIBIT A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

NATHANIEL WILLIAMS,

      Plaintiff,

      vs.

FOLEY PIPE PRODUCTION
CORP., *et al.*,

      Defendants.

                               **Civil Action No.:**
                              **2:07-cv-00963-WKW**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Nathaniel Williams, and Defendants, Foley Products Company, Bob Sapone and Steve Vick,[1] by and through their respective undersigned counsel of record, and stipulate to the dismissal of this lawsuit, in its entirety, as to each Defendant, with prejudice, each party to bear his, their and its own attorneys' fees and costs.

Respectfully submitted,

Date: 02/25/08

NORMAN HURST, JR.
P. O. Box 5251
Montgomery, AL 36103
Counsel for Plaintiff

---

[1] Defendants Bob Sapone and Steve Vick were dismissed, without prejudice, on December 12, 2007. The Joint Stipulation of Dismissal requests that their dismissal be designated "with prejudice."

Date: 2/15/08

STEVEN M. STASTNY
Ford & Harrison LLP
2100 3rd Avenue North, Suite 400
Birmingham, AL 35203
Counsel for Defendant

Birmingham:19915.1