IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NATHANIEL WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-CV-963-WKW |
| FOLEY PIPE PRODUCTION CORP., et al., | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Upon consideration of the parties' Joint Stipulation of Dismissal With Prejudice (Doc. # 20), it is ORDERED that this case is DISMISSED with prejudice as to each defendant. The parties shall bear their own costs and fees.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 28th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE